UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| NEBRASKA HUGGINS, | CIV. NO. 2:15-1424 WBS CKD |
| Plaintiff, | |
| v. | |
| CITY OF ROCKLIN; Rocklin Police Department Officer ANTHONY HANDLEY (Badge #224); Rocklin Police Department Officer JEFFREY KOLASKEY (Badge #205); Rocklin Police Department Corporal GILBERT FARRULLA (Badge #233); and DOES 1-10, inclusive, | |
| Defendants. | |

| | |
|---|---|
| | CIV. NO. 2:15-2098 KJM CKD |
| NEBRASKA HUGGINS, | |
| Plaintiff, | |
| SIERRA JOINT COMMUNITY COLLEGE DISTRICT; SIERRA COLLEGE; BEN NOONAN; LUCAS MOOSMAN; ROZ GOLDENBERG; and DOES 1-10, inclusive, | |
| Defendants. | |

----oo0oo----

1

1    Examination of the above-entitled actions reveals that

2  these actions are related within the meaning of Local Rule

3  123(a) because the plaintiff asserts similar claims in both

4  actions and the claims in the second action arose out of the

5  earlier incident giving rise to the first action.  Accordingly,

6  the assignment of the matters to the same judge is likely to

7  effect a substantial saving of judicial effort and is also likely

8  to be convenient for the parties.

9    The parties should be aware that relating the cases

10 under Local Rule 123 merely has the result that both actions are

11 assigned to the same judge; no consolidation of the actions is

12 effected.  Under the regular practice of this court, related

13 cases are generally assigned to the judge to whom the first filed

14 action was assigned.

15    IT IS THEREFORE ORDERED that the actions denominated

16 Huggins v. City of Rocklin, et al., No. 2:15-1424 WBS CKD, and

17 Huggins v. Sierra Joint Community College District, et al., No.

18 2:15-2098 KJM CKD, be, and the same hereby are, deemed related

19 and the case denominated Huggins v. Sierra Joint Community

20 College District, et al., No. 2:15-2098 KJM CKD, shall be

21 reassigned to the Honorable WILLIAM B. SHUBB.  Any dates

22 currently set in the reassigned case only are hereby VACATED.

23 Henceforth, the caption on documents filed in the reassigned case

24 shall be shown as Huggins v. Sierra Joint Community College

25 District, et al., No. 2:15-2098 WBS CKD.

26    IT IS FURTHER ORDERED that the Clerk of the Court

27 make appropriated adjustment in the assignment of civil cases to

28 compensate for this reassignment.

1    Dated:  December 7, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28