ALESA SCHACHTER, ESQ. (SBN 102542)
JASON M. SHERMAN, ESQ. (SBN 245190)
JOHNSON SCHACHTER & LEWIS
A Professional Law Corporation
California Plaza
2180 Harvard Street, Suite 560
Sacramento, CA 95815
Telephone: (916) 921-5800
Facsimile: (916) 921-0247
E-mail: alesa@jsl-law.com / jason@jsl-law.com

Attorneys for DEFENDANTS:
SIERRA JOINT COMMUNITY COLLEGE DISTRICT; SIERRA COLLEGE; BEN NOONAN; LUCAS MOOSMAN; and ROZ GOLDENBERG

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEBRASKA HUGGINS, | **CASE NO. 2:15-cv-02098-WBS-CKD** |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION TO DEFENDANTS TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT** |
| v. | |
| SIERRA JOINT COMMUNITY COLLEGE DISTRICT; SIERRA COLLEGE; BEN NOONAN; LUCAS MOOSMAN, ROZ GOLDENBERG, and DOES 1-10, inclusive, | Complaint Filed:    October 7, 2015 |
| | Trial Date:    None Set |
| Defendants. | |

1

**STIPULATION AND ORDER FOR EXTENSION TO DEFENDANTS TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**

Pursuant to Local Rule 144(a), the parties agree and stipulate that Defendants should be granted additional time to file a response to Plaintiff's Complaint or the following reasons:

- Plaintiff has alleged claims under 42 U.S.C. § 1983, the Unruh Civil Rights Act, intentional infliction of emotional distress, negligent infliction of emotional distress and negligence;
- On December 9, 2015, in order obviate the need to prepare and file a motion to dismiss, defense counsel sent Plaintiff's counsel a lengthy meet and confer letter prior to filing a motion to dismiss detailing Defendants' position that each claim is subject to dismissal based on various legal arguments;
- Due to the press of business, Plaintiff's counsel has been unable to review the substance of Defendants' cited legal authority, and intends to do so within the next week;
- Defendants' responsive pleading is due on January 15, 2016 if a further extension is not granted by the Court;
- In order to potentially avoid a motion to dismiss, the parties request additional time to complete the meet and confer process;
- If an extension is not granted, Defendants will be forced to file a motion to dismiss within the next few days.

The parties therefore agree and stipulate that Defendants should be granted an additional extension to file a response to Plaintiff's Complaint. This extension may help to avoid the need for a motion to dismiss to be filed, or at least significantly narrow the issues.

The parties request an order from the Court that Defendants' time to file a response to Plaintiff's Complaint be extended for two additional weeks, to Friday, January 29, 2016.

Dated: January 12, 2016  JOHNSON SCHACHTER & LEWIS
A Professional Law Corporation


/s/ Alesa Schachter_____
ALESA SCHACHTER
Attorneys for DEFENDANTS

Dated: January 11, 2016                     LAW OFFICE OF STEWART KATZ

                                                           /s/ Stewart Katz (as authorized on 1/11/16)
                                                           STEWART KATZ
                                                           Attorneys for PLAINTIFF

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

**Dated:  January 12, 2016**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
2180 HARVARD STREET, SUITE 560
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

**STIPULATION AND ORDER FOR EXTENSION TO DEFENDANTS TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**