**LAW OFFICE OF STEWART KATZ**
STEWART KATZ, SBN #127425
555 University Avenue, Suite 270
Sacramento, California 95825
Telephone: (916) 444-5678

Attorney for Plaintiff, NEBRASKA HUGGINS

**JOHNSON SCHACHTER & LEWIS**
ALESA SCHACHTER, ESQ. (SBN 102542)
JASON M. SHERMAN, ESQ.  (SBN 245190)
A Professional Law Corporation
California Plaza
2180 Harvard Street, Suite 560
Sacramento, CA 95815
Telephone: (916) 921-5800

Attorneys for Defendants SIERRA JOINT COMMUNITY COLLEGE; SIERRA COLLEGE; BEN NOONAN; LUCAS MOOSMAN; and ROZ GOLDENBERG

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEBRASKA HUGGINS,<br><br>         Plaintiff,<br><br>    vs.<br><br>SIERRA JOINT COMMUNITY COLLEGE DISTRICT; SIERRA COLLEGE; BEN NOONAN; LUCAS MOOSMAN, ROZ GOLDENBERG, and DOES 1-10, inclusive,<br><br>         Defendants.<br>_____/ | No. 2:15-cv-02098-WBS-CKD<br><br>**STIPULATION TO CONTINUE HEARING DATE; [PROPOSED] ORDER**<br><br>Date:     March 21, 2016<br>Time:    1:30 p.m.<br>Ctrm:    5<br>Hon. William B. Shubb |

COME NOW PARTIES, by and through their respective attorneys and subject to the approval of this Court, hereby stipulate and respectfully request that the Court continue the hearing on Defendants' Motion to Dismiss Plaintiff's First Amended Complaint from March 21, 2016 to April 4, 2016.

**STIPULATION TO CONTINUE HEARING DATE; [PROPOSED] ORDER**                                                1

This continuance is being requested to accommodate Plaintiff's counsel who has a prepaid family vacation that has him out of the office Friday, March 18, 2016 through Tuesday, March 22, 2016.

**IT IS SO STIPULATED.**

Dated: February 17, 2016     LAW OFFICE OF STEWART KATZ

                                 By     /s/ Stewart Katz
                                      Stewart Katz
                                      Attorney for Plaintiff

Dated:  February 17, 2016     JOHNSON SCHACHTER & LEWIS

                                 By     /s/ Alesa Schachter
                                      Alesa Schachter
                                      Attorneys for Defendants

**IT IS SO ORDERED**.

Defendants' Motion to Dismiss Plaintiff's First Amended Complaint is continued from March 21, 2016 to April 4, 2016 at 1:30 p.m.  The Scheduling Conference is continued from April 25, 2016 to May 23, 2016 at 1:30 p.m., with a  Joint Status Report due to be filed no later than May 9, 2016.

Dated:  February 17, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**STIPULATION TO CONTINUE HEARING DATE; [PROPOSED] ORDER**                              2