ALESA SCHACHTER, ESQ. (SBN 102542)
JASON M. SHERMAN, ESQ. (SBN 245190)
JOHNSON SCHACHTER & LEWIS
A Professional Law Corporation
California Plaza
2180 Harvard Street, Suite 560
Sacramento, CA 95815
Telephone: (916) 921-5800
Facsimile: (916) 921-0247
E-mail: alesa@jsl-law.com / jason@jsl-law.com

Attorneys for DEFENDANTS:
SIERRA JOINT COMMUNITY COLLEGE DISTRICT; SIERRA COLLEGE; BEN NOONAN; LUCAS MOOSMAN; and ROZ GOLDENBERG

**LAW OFFICE OF STEWART KATZ**
STEWART KATZ, SBN #127425
555 University Avenue, Suite 270
Sacramento, California 95825
Telephone: (916) 444-5678

Attorney for Plaintiff, NEBRASKA HUGGINS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEBRASKA HUGGINS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SIERRA JOINT COMMUNITY COLLEGE DISTRICT; SIERRA COLLEGE; BEN NOONAN; LUCAS MOOSMAN, ROZ GOLDENBERG, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | **CASE NO. 2:15-cv-02098-WBS-CKD**<br><br>**STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT; [~~PROPOSED~~] ORDER**<br><br>**DATE:** April 4, 2016<br>**CRTRM:** 5<br>**TIME:** 1:30 p.m.<br>**JUDGE:** Hon. William B. Shubb<br><br>Complaint Filed:　October 7, 2015<br>Trial Date:　None Set |

　　　　COME NOW PARTIES, by and through their respective attorneys and subject to the approval of this Court, hereby stipulate and respectfully request that the Court continue the hearing

1

**STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT; [PROPOSED] ORDER**

on Defendants' Motion to Dismiss Plaintiff's First Amended Complaint from April 4, 2016 to May 2, 2016.

This continuance is requested because the parties are close to a resolution of this case which would result in dismissal without the need for the Court to rule on the merits of Defendants' motion. Plaintiff's opposition brief is currently due for filing by March 21, 2016, and the continuance will allow the parties to continue and finalize discussions and allow Plaintiff's counsel to avoid unnecessary time and expense of preparing an opposition. The parties will file a notice of settlement once an agreement in principal is reached.

Dated: March 18, 2016

JOHNSON SCHACHTER & LEWIS
A Professional Law Corporation


By: /s/ Alesa Schachter
    ALESA SCHACHTER
    JASON M. SHERMAN
    Attorney for Defendants SIERRA JOINT COMMUNITY COLLEGE DISTRICT; BEN NOONAN; LUCAS MOOSMAN; and ROZ GOLDENBERG

Dated: March 18, 2016

LAW OFFICE OF STEWART KATZ


/s/ Stewart Katz (as authorized on 3/18/16)
STEWART KATZ
Attorney for PLAINTIFF

IT IS SO ORDERED.  Defendants' Motion to Dismiss Plaintiff's First Amended Complaint is continued from April 4, 2016 to May 2, 2016 at 1:30 p.m.  The Scheduling Conference is continued from May 23, 2016 to June 20, 2016 at 1:30 p.m.  A Joint Status Report shall be filed no later than June 6, 2016.

Dated: March 18, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2
**STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT; [PROPOSED] ORDER**

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
2180 HARVARD STREET, SUITE 560
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247